IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

United States of America
*Plaintiff*

Vs.

Jose Edgardo Rivera [4]
*Defendant*

Criminal No. 18-558 (PG)

**MOTION REQUESTING CONTINUANCE OF CAHNGE OF PLEA HEARING**

To the Honorable Marcos E Lopez
U.S. Magistrate Judge:

Come now defendant, Jose Edgardo Rivera [4], through the undersigned attorney and very respectfully depose and pray:

1. The Change of Plea Hearing for this case is set for Friday, January 24, 2020 at 9:30AM.

2. Undersigned will be out of the jurisdiction January 23-26, 2020 in a preplanned/prepaid trip with his family.

3. We request the Change of Plea Hearing is continued to January 27-29 or the first week of February[1].

WHEREFORE it is respectfully requested that this Honorable Court continues the Change of Plea Hearing setting in the instant case to any of the above mentioned dates.

**Certificate of Service**

---

[1] Undersigned has a hearing out of the jurisdiction on January 30 returning late January 31.

I HEREBY CERTIFY that on this same date and by electronic CM/EC filing system, copy of this Motion has been sent to the U.S. Attorney's Office and all others registered to receive notification by electronic mail.

In San Juan, Puerto Rico this 19th day of January 2020.

*/s/Miguel Oppenheimer*
Miguel Oppenheimer
USDC No. 220012
P.O. Box 10522
San Juan PR, 00922-0522
Tel. 787-375-6033
miguelo@oppenheimerlaw.com